UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SANDRA ROBERT JACOB, ET AL                    CIVIL ACTION

VERSUS                                          NO. 05-805

CAESARS ENTERTAINMENT, INC.                    SECTION: L

JUDGMENT

Considering the Court's Order dated February 21, 2007, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Grand Casinos of Mississippi, LLC - Gulfport dba Grand Casino Gulfport, and against plaintiffs, Sandra Robert Jacob, Kirt Jacob, Jr., and Tina Jacob Brouwer, individually and on behalf of decedent, Kirt Jacob, Sr., dismissing said plaintiffs' complaint with prejudice and costs.

New Orleans, Louisiana, this 2nd day of March, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE