United States Court of Appeals
Fifth Circuit

**FILED**
June 6, 2008

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 07-30573

---

SANDRA ROBERT JACOB; KIRT JACOB, JR., INDIVIDUALLY AND ON BEHALF OF DECEDENT KIRT JACOB SR.; TINA JACOB BROUWER

        Plaintiffs-Appellants

v.

GRAND CASINOS OF MISSISSIPPI, LLC-GULFPORT, DOING BUSINESS AS GRAND CASINO GULFPORT

        Defendant-Appellee

---

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
No. 2:05-CV-805

---

Before JONES, Chief Judge, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

There being no reversible error, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest    JUN 3 0 2008

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.